UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| CONSTRUCTION LABORERS TRUST FUNDS FOR SOUTHERN CALIFORNIA ADMINISTRATIVE COMPANY, a Delaware limited liability company,<br><br>  Plaintiff,<br><br>vs.<br><br>PRO RAILING METAL WORKS, INC., a California corporation; JASON MICHAEL SARAFIN, an individual also known as JAY SARAFIN; AMERICAN CONTRACTORS INDEMNITY COMPANY, a California corporation; DOE 1 through DOE 5, inclusive<br><br>  Defendants. | CASE NO. SA CV 16-0-244 DOC(KESx)<br><br>**DEFAULT JUDGMENT**<br><br>DATE: SEPTEMBER 25, 2017<br>TIME: 8:30 A.M.<br>PLACE: COURTROOM 9D<br>411 W. Fourth St., 9th Fl.<br>Santa Ana, CA 92701 |

The Defendant, PRO RAILING METAL WORKS, INC., a California corporation; ("EMPLOYER") having been regularly served with process and having failed to appear and answer the Plaintiff's Complaint, the Default of EMPLOYER has been entered.

EMPLOYER is not an infant or incompetent person, and the Servicemembers Civil Relief Act of 2003 is not applicable to this suit or to the corporate defendant, EMPLOYER.

-1-

322966

The issue of the amount of damages was submitted to the Court by motion supported by Declarations. Based upon the Motion for Default Judgment and the Declarations submitted and all other records and documents on file;

IT IS HEREBY ORDERED ADJUDGED AND DECREED that:

Judgment is entered in favor of Plaintiff, **CONSTRUCTION LABORERS TRUST FUNDS FOR SOUTHERN CALIFORNIA ADMINISTRATIVE COMPANY, LLC**, the administrator, agent for collection and a fiduciary to the Laborers Health And Welfare Trust Fund For Southern California, Construction Laborers Pension Trust For Southern California, Construction Laborers Vacation Trust For Southern California, Laborers Training And Re-Training Trust Fund For Southern California, Fund For Construction Industry Advancement, Center For Contract Compliance, Laborers Contract Administration Trust Fund For Southern California, Laborers' Trusts Administrative Trust Fund For Southern California, and Southern California Partnership For Jobs Trust Fund, (hereinafter collectively "TRUST FUNDS"), **and against Defendant, PRO RAILING METAL WORKS, INC**., a California corporation for monetary damages in the sum of **$144,463.25** as follows:

| | |
|---|---|
| **Principal**, (consisting of Fringe Benefit Contributions of $98,670.67, and Liquidated Damages of $22,543.47, Audit Fees of $2,640.00, and bad check fees of $70.00: | **$123,924.14** |
| **Interest through 8/16/17:** | **$ 13,451.47** |
| **Attorney's Fees:** | **$ 6,078.48** |
| **Costs:** | **$ 1,009.16** |
| TOTAL: | **$ 144,463.25** |

Of the $144,463.25 a several judgment was entered against Defendant, JASON MICHAEL SARAFIN, an individual also known as JAY SARAFIN, an individual, individually, jointly and severally with PRO RAILING METAL WORKS, INC in the

322966

sum of $32,351.07 on December 9, 2016 [docket no. 44.]

The money Judgment entered in this action against is for known delinquencies incurred for the period from May 2014 to December 2015.

DATED: September 26, 2017

*David O. Carter*

DAVID O. CARTER
UNITED STATES DISTRICT JUDGE

322966